B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Georgia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lee's Famous Recipes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0240567** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**171 Brooks Street, SE**<br>**Fort Walton Beach, FL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **32548** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Okaloosa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
| | | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as     ■ Debts are primarily<br>"incurred by an individual primarily for    business debts.<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lee's Famous Recipes, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Famous Recipe Company Operations, LLC d/b/a Mrs. Winner's** | Case Number: **10-94027** | Date Filed: **11/10/10** |
| District: **Northern District of Georgia** | Relationship: **Affiliate** | Judge: **Murphy** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____ Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)** Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Lee's Famous Recipes, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ J. Robert Williamson**
Signature of Attorney for Debtor(s)

**J. Robert Williamson 765214**
Printed Name of Attorney for Debtor(s)

**Scroggins & Williamson**
Firm Name

**127 Peachtree St. NE**
**1500 Candler Bldg.**
**Atlanta, GA 30303**
Address

**Email: centralstation@swlawfirm.com**
**404-893-3880  Fax: 404-893-3886**
Telephone Number

**June 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles L. Cooper, Jr.**
Signature of Authorized Individual

**Charles L. Cooper, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 24, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANAMOUS WRITTEN CONSENT OF THE
# BOARD OF DIRECTORS
# LEE'S FAMOUS RECIPES, INC.

## JUNE 22, 2011

The undersigned, being all of the Board of Directors (the "Board") of Lee's Famous Recipes, Inc., a Florida corporation (the "Company"), do hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by an affirmative vote at a meeting of the Board duly called and held for the purpose of acting on proposals to adopt such resolutions, and direct that this written consent be filed with the minutes of the proceedings of the Company:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, members, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Chuck Cooper, President, and Jeff Miller, Vice President (collectively, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the firm of Scroggins & Williamson, P.C. with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as attorneys for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code, and the Company is authorized to pay to Scroggins & Williamson, P.C. reasonable compensation for services rendered in connection with such engagement;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company financial advisors, special counsel,

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

By: _____
Name:  Charles L. Cooper, Jr.
Title:  President
Dated:


By: _____
Name:  Jeffrey D. Miller
Title:  Vice President
Dated:


By: _____
Name:  Gary Bryant
Title:  Director
Dated:

accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

By: _____
Name:  Charles L. Cooper, Jr.
Title:  President
Dated:

By: _____
Name:  Jeffrey D. Miller
Title:  Vice President
Dated:  6/22/11

By: _____
Name:  Gary Bryant
Title:  Director
Dated:

accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

By: _____
Name: Charles L. Cooper, Jr.
Title: President
Dated:


By: _____
Name: Jeffrey D. Miller
Title: Vice President
Dated:


By: _____
Name: Gary Bryant
Title: Director
Dated: June 22, 2011

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Lee's Famous Recipes, Inc.**    Case No. _____

Debtor(s)    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **2J Investment Group**<br>**c/o Barry Raskin**<br>**763 2nd Street**<br>**Encinitas, CA 92024** | **2J Investment Group**<br>**c/o Barry Raskin**<br>**763 2nd Street**<br>**Encinitas, CA 92024**<br>**barry@2jinvestors.com** | **Lease Guaranty** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **252,930.00** |
| **Allison Agency**<br>**c/o Chris Allison**<br>**500 Prs. Clinton Ave., Ste 311**<br>**Little Rock, AR 72201** | **Allison Agency**<br>**c/o Chris Allison**<br>**500 Prs. Clinton Ave., Ste 311**<br>**Little Rock, AR 72201**<br>**callison@stoneward.com** | **Guaranty** | **Contingent** | **496,091.00** |
| **Avatar Real Estate LLC**<br>**c/o Anil Vaswani**<br>**Box 13585**<br>**Atlanta, GA 30324** | **Avatar Real Estate LLC**<br>**c/o Anil Vaswani**<br>**Box 13585**<br>**Atlanta, GA 30324**<br>**apexassets@aol.com** | **Lease - Guaranty** | **Contingent**<br>**Unliquidated** | **69,393.00** |
| **Bailey-Johnson Heights Inc.**<br>**450 E. Paces Ferry Road**<br>**Atlanta, GA 30305** | **Neal Quirk**<br>**Quirk & Quirk**<br>**325 Century Sprgs**<br>**Atlanta, GA 30328**<br>**njq@quirklaw.com** | **Lease Guaranty,**<br>**Judgment** | **Disputed** | **210,000.00** |
| **Decatur Diamond LLC**<br>**c/o Emilio Suster**<br>**Box 630653**<br>**Miami, FL 33163** | **Decatur Diamond LLC**<br>**c/o Emilio Suster**<br>**Box 630653**<br>**Miami, FL 33163**<br>**esuster@bellsouth.net** | **Lease - Guaranty** | **Contingent**<br>**Unliquidated** | **100,000.00** |
| **En Gedi Investments LLC**<br>**c/o Albert Kuo**<br>**1699 Hood Court**<br>**Santa Clara, CA 95051** | **En Gedi Investments LLC**<br>**c/o Albert Kuo**<br>**1699 Hood Court**<br>**Santa Clara, CA 95051**<br>**albertskuo@gmail.com** | **Lease - Guaranty** | **Contingent**<br>**Unliquidated** | **83,279.00** |
| **Finegood Family Trust**<br>**c/o Ken Epstein**<br>**Suite 101, 5000 N. Parkway**<br>**Calabasas, CA 91302** | **Finegood Family Trust**<br>**c/o Ken Epstein**<br>**Suite 101, 5000 N. Parkway**<br>**Calabasas, CA 91302**<br>**ken.epstein@pacbell.net** | **Lease Guaranty** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **171,116.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Lee's Famous Recipes, Inc.**                                                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **GE Captial Franchise Finance Kinsey Moreland P.O. Box 1711 Orlando, FL 32802** | **GE Captial Franchise Finance Kinsey Moreland P.O. Box 1711 Orlando, FL 32802** greg.crochet@kutakrock.com | **Lease Guaranty, Judgment** | **Disputed** | **4,646,843.00** |
| **Irving Sherman Trust c/o John Hamburger 2808 Anthony Lane South Minneapolis, MN 55418** | **Irving Sherman Trust c/o John Hamburger 2808 Anthony Lane South Minneapolis, MN 55418** jhamburger@franchisetimes.com | **Lease Guaranty** | **Contingent Unliquidated Disputed** | **160,550.00** |
| **J&J Properties c/o Bart Johnston 4424 Forsythe Place Nashville, TN 37205** | **J&J Properties c/o Bart Johnston 4424 Forsythe Place Nashville, TN 37205** psales@babc.com | **Lease Guaranty, Judgment** | **Disputed** | **340,000.00** |
| **Midori LLC c/o Eunice Tsai 3644 - El Chamblee Atlanta, GA 30341** | **Midori LLC c/o Eunice Tsai 3644 - El Chamblee Atlanta, GA 30341** gaipp2@yahoo.com | **Landlord - Guaranty** | **Contingent Disputed** | **120,199.00** |
| **Morris Manning & Martin 1600 Atlanta Financial Center 3343 Peachtree Street, NE Atlanta, GA 30326** | **Morris Manning & Martin 1600 Atlanta Financial Center 3343 Peachtree Street, NE Atlanta, GA 30326** lbrown@mmmlaw.com | **Legal Services** | | **350,375.00** |
| **Mrs W L.P. 815 West Paces Ferry Road NW Atlanta, GA 30327** | **c/o J. Mayes Sutherland Asbill Brennan 999 Peachtree St, NE Atlanta, GA 30309** joshua.mayes@sutherland.com | **Lease Guaranty** | **Disputed** | **1,050,000.00** |
| **Pro Pio Diamond LLC c/o Emilio Suster Box 630653 Miami, FL 33163** | **Pro Pio Diamond LLC c/o Emilio Suster Box 630653 Miami, FL 33163** esuster@bellsouth.net | **Lease - Guaranty** | **Contingent Unliquidated** | **110,000.00** |
| **RTM Operating Company c/o Laura McCoy 1155 Permimeter Center West Atlanta, GA 30338** | **RTM Operating Company c/o Laura McCoy 1155 Permimeter Center West Atlanta, GA 30338** laura.mccoy@wendysarbys.com | **Lease - Guaranty** | **Contingent Disputed** | **108,000.00** |
| **Spellings c/o Mary Miller & Carol Miller 2078 Kirby Pkwy Memphis, TN 38119** | **Spellings c/o Mary Miller & Carol Miller 2078 Kirby Pkwy Memphis, TN 38119** | **Lease - Guaranty** | **Contingent Unliquidated** | **129,000.00** |
| **Spirit Master Funding III LLC 14631 N. Scottsdale Rd. Suite 200 Scottsdale, AZ 85254** | **Lewis & Roca 40 N. Central Avenue Phoenix, AZ 85004** shufford@spiritfinance.com | **Lease - Guaranty** | **Contingent Disputed** | **681,612.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Lee's Famous Recipes, Inc.**                                   Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Stargazer Properties**<br>**c/o Dana and Norma Laine**<br>**3440 Santa Clara Cir**<br>**Costa Mesa, CA 92626** | **Stargazer Properties**<br>**c/o Dana and Norma Laine**<br>**3440 Santa Clara Cir**<br>**Costa Mesa, CA 92626**<br>**dlaine@ca.rr.com** | **Lease - Guaranty** | **Contingent**<br>**Disputed** | **120,873.00** |
| **Steve and Nancy Rush**<br>**4499 Glenwood Ave**<br>**Decatur, GA 30032** | **Steve and Nancy Rush**<br>**4499 Glenwood Ave**<br>**Decatur, GA 30032**<br>**srush@rushlawgroup.com** | **Lease Guaranty** | **Contingent**<br>**Disputed** | **150,572.00** |
| **WW Tsang LLC**<br>**c/o Warren Tsang**<br>**250 Morning Glen Dr.**<br>**Suwanee, GA 30024** | **WW Tsang LLC**<br>**c/o Warren Tsang**<br>**250 Morning Glen Dr.**<br>**Suwanee, GA 30024**<br>**tsangww@hotmail.com** | **Lease - Guaranty** | **Contingent**<br>**Disputed** | **101,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 24, 2011**                         Signature  **/s/ Charles L. Cooper, Jr.**

                                                      **Charles L. Cooper, Jr.**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Lee's Famous Recipes, Inc.**        Case No. _____

                Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 24, 2011**                  **/s/ Charles L. Cooper, Jr.**

                                          **Charles L. Cooper, Jr./President**
                                          Signer/Title

2790 Panola Road, LLC
c/o Woodall Realty Co.
3155 Roswell Rd., Ste. 100
Atlanta, GA 30305


2J Investment Group
c/o Barry Raskin
763 2nd Street
Encinitas, CA 92024


ADT SECURITY
PO BOX 371994
PITTSBURGH, PA 15250


Allison Agency
c/o Chris Allison
500 Prs. Clinton Ave., Ste 311
Little Rock, AR 72201


ALLISON AGENCY
c/o Stone Ward
225 E. Markham
Little Rock, AR 72201


Alonda Wood, Trustee
418 Woodcrest Lane
Franklin, TN 37067


ALSTON & BIRD
PO BOX 933124
ATLANTA, GA 31193


AMANDA MCARDLE
6959 COTTON BOLE LN
NAVARRE, FL 32566


AMTRUST NORTH AMERICA INC
PO BOX 318004
CLEVELAND, OH 44131

ASTER SIZEMORE
CAT SIZEMORE II, LLC
159 WOODLAND AVE
HAZARD, KY 41701


Avatar Real Estate LLC
c/o Anil Vaswani
Box 13585
Atlanta, GA 30324


Bailey-Johnson Heights Inc.
450 E. Paces Ferry Road
Atlanta, GA 30305


BECKY ESTES
BECKY ESTES, INC.
803 SOUTH LINCOLN BLVD
HODGENVILLE, KY 42748


BILL MOORE
HAZARD FOOD SYSTEMS, INC.
PO BOX 390
HAZARD, KY 41702


BILL WATHEN
DE-MAX, INC.
1001 BURLEW BLVD
OWENSBORO, KY 42301


BJ NEWTON
TRIPLE NEWT, INC.
108 WEST JOHN ROWAN BLVD
BARDSTOWN, KY 40004


BOB BURDEN
ROBERT D BURDEN CO., INC.
PO BOX 743
ST MARY'S, OH 45885

BOB BURICK
CHICK-INNS, INC.
2823 FERNSIDE COURT
DAYTON, OH 45414-2174


Brauvin Net Capital LLC
c/o John Siragusa
205 N. Michigan Ave S #1900
Chicago, IL 60601


BROWN'S MINI STORAGE
155 CENTER STREET
UNITS C87 & C88
FREEPORT, FL 32439


BRUCE & DEBBIE WOOLDRIDGE
BRUCE LEE'S, LLC
102 ELM STREET
STANFORD, KY 40484


BUZZ WOODHAM PEST MGMT, INC.
PO BOX 1245
SANTA ROSA BCH, FL 32459


C&C Limited
c/o Martha A. Melton
230 Duck Court
San Mateo, CA 94404


Carlton Parrott
122 Wexford Drive
Newnan, GA 30265


Cawthon-Hollums Properties, In
c/o Ed Peterson
P.O. Box 90988
Atlanta, GA 30344

```
CENTURYLINK
PO BOX 1319
CHARLOTTE, NC 28201



CHRIS FREEMAN
BLUE STAR 5, INC.
439 AGEE STREET
HARRODSBURG, KY 40330



CHRIS RAK
3405 STUTSMAN ROAD
BELLBROOK, OH 45305



CHUCK COOPER
171 BROOKS ST SE  STE F
FORT WALTON BEACH, FL 32548



COASTAL BANK & TRUST
71 NE Beal Pkwy
Fort Walton Beach, FL 32548



COLONIAL LIFE
PREMIUM PROCESSING
PO BOX 903
COLUMBIA, SC 29202



COPY PRODUCTS CO
PO BOX 12904
PENSACOLA, FL 32591



COX COMMUNICATIONS
PO BOX 9001078
LOUISVILLE, KY 40290



Customized Distribution LLC
5545 Shawland Road
Jacksonville, FL 32254
```

Customized Distribution LLC
P. Alexander - Miller Martin
1170 Pchtree St. NE, Ste 800
Atlanta, GA 30309


DAVID BAY
LICKING VALLEY OIL, INC.
PO BOX 246
BUTLER, KY 41006


DAVID NEWTON
501 E BROADWAY STREET
CAMPBELLSVILLE, KY 42718


DAVID YOHE
FAMOUS RECIPE FRIED CHICKEN OF LIMA, INC
959 BELLEFONTAINE AVE
LIMA, OH 45804


Decatur Diamond LLC
c/o Emilio Suster
Box 630653
Miami, FL 33163


DELL FINANCIAL SERVICES LP
ACCT 6011500021198562
PO BOX 689020
DES MOINES, IA 50368


DENNIS SOBIK
SOBIK SANDWICH SHOPS, INC.
211 WEST 25TH STREET
SANFORD, FL 32771


DINSMORE & SHOHL LLP
PO BOX 640635
CINCINNATI, OH 45264

```
DIRECT CAPITAL CORP
PO BOX 643451
CINCINNATI, OH 45264



DIVERSIFIED FOODS & SEASONINGS
P.O. Box 54339
New Orleans, LA 70154



DJMJ-1, LLC
c/o David Montgomery
7024 Alderwood Court
Lacey, WA 98503



DON KUPSKI
136 OYSTER LAKE DRIVE
SANTA ROSA BEACH, FL 32459



DOUG MORTIMER & MIKE PRATER
MAGOFFIN, INC.
PO BOX 593
SALYERSVILLE, KY 41465



DOUG SHELEY
22 ROSEBAY LN
GREENSBORO, NC 27455



DURVIL REALTORS AUCTIONEER DBA
TRANZON ASSET ADVISORS
1108-A N DIXIE AVE
ELIZABETHTOWN, KY 42701



ELLEN GASH
171 BROOKS ST  STE F
FORT WALTON BEACH, FL 32548



EMMETT & JENNY GAMACHE
EJG ENTERPRISES, INC.
514 EARTH CITY EXPRESSWAY SUITE 319
ST LOUIS, MO 63045
```

EMPLOYMENT SCREENING SERVICES
1401 PROVIDENCE PARK
BIRMINGHAM, AL 35242


En Gedi Investments LLC
c/o Albert Kuo
1699 Hood Court
Santa Clara, CA 95051


EXULT ENTERPRISES LLC   DBA
2DEVELOP
12211 HEATHERWICK DR
CYPRESS, TX 77429


Famous Recipe Company Oper
c/o John McManus
3554 Habersham @ Nrthlak Bld H
Tucker, GA 30084


FEDERAL EXPRESS INC
Acct #365460566
PO BOX 371461
PITTSBURGH, PA 15250


Finegood Family Trust
c/o Ken Epstein
Suite 101, 5000 N. Parkway
Calabasas, CA 91302


FLORIDA U C FUND
FLORIDA DOR UNEMPLOYMENT TAX
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399


GAMMAGE & BURNHAM
TWO NORTH CENTRAL, 15TH FLOOR
PHOENIX, AZ 85004

```
GARY BRYANT
215 SKYLINE DR
BRENTWOOD, TN 37027



GARY WALLACE
MT ORAB FAMOUS RECIPE
103 GLOVER DRIVE
MT ORAB, OH 45154



GARY WHITNEY
WHITNEY FOODS, LLC
489 AMBERLEY DRIVE
LEXINGTON, KY 40515



GE Capital Franchise Finance
c/o G. Crochet - Kutak Rock
225 Peachtree Street NE
Atlanta, GA 30361



GE Captial Franchise Finance
Kinsey Moreland
P.O. Box 1711
Orlando, FL 32802



GECFFC - Kinsey Morleand
P.O. Box 1711
Orlando, FL 32802



GERALD KALER
GHKALER, LLC
2412 GRAND AVENUE
WAUSAU, WI 54403



GORDON & COREY PACE
#204-455 ADLERLEA STREET
DUNCAN, BRITISH COLUMBIA, CN V9L 3V3
```

```
GUARDIAN
PO BOX 95101
CHICAGO, IL 60694


Halper Enterprises, Inc.
c/o Christian Traini
5269 Buford Hwy
Atlanta, GA 30340


Hardee's Food Systems, Inc.
Well's Fargo Lockbox E2001-49
3440 Flair Drive
El Monte, CA 91731


HARLEYSVILLE INSURANCE
PROCESSING CENTER
PO BOX 37712
PHILADELPHIA, PA 19101


HARMON & CONNIE HODGE
LFR OF LONDON, INC.
1214 SALLY'S BRANCH ROAD
LONDON, KY 40741


HARMON HODGE; CONNIE HODGE & EUGENE BECK
LEE'S OF MANCHESTER, INC.
1214 SALLY'S BRANCH ROAD
LONDON, KY 40741


HENRY LOVING
HTL, INC.
14407 PIPERS TERRACE
MIDLOTHIAM, VA 23114


Hundoble Trust
c/o Dennies & Debbie Hundoble
1994 Cherry Hill Drive
Discovery Bay, CA 94505
```

IFC CREDIT CORPORATION
ATTN  LORETTA JOHNSON
191 WAUKEGAN RD  STE 315
NORTHFIELD, IL 60093


INFOSYNC SERVICES LLC.
1938 N. WOODLAWN SUITE 110
WICHITA, KS 67208


INTERCALL
PO BOX 403749
ATLANTA, GA 30384


Internal Revenue Service
Centralized Insolvency
P.O. Box 7436
Philadelphia, PA 19101-7436


Irving Sherman Trust
c/o John Hamburger
2808 Anthony Lane South
Minneapolis, MN 55418


J PAUL NEWTON
NEWTON FOODS, INC.
110 NINE IRON COURT
CAMPBELLSVILLE, KY 42718


J&J Properties
c/o Bart Johnston
4424 Forsythe Place
Nashville, TN 37205


J&J Properties
c/o P. Sales - Bradley Arant
Box 340025
Nashville, TN 37203

JACKIE & RUTH CLAYCOMB
JACKIE CLAYCOMB, INC.
409 TALMAGE-MAYO ROAD
HARRODSBURG, KY 40330


JAMES BALDERSON
DEB, INC.
2770 WEST DRIVE
ZANESVILLE, OH 43701


JAMES BROWN
GRAND HAVEN BUSINESS CENTER
101 RODGERS PARK DRIVE
CYNTHIANA, KY 41031


JAMES JOLLIFF
THOM RESTAURANTS, INC.
406 CHURCHILL DRIVE
FINDLAY, OH 45840


JAN JEFFERS
POLLO PARTNERS
PO BOX 5087
ONEIDA, TN 37841


JANET & KARA WESTERMANN
WESTERMANN FOODS, LLC
752 ANCHORS BEND COVE
CLOVER, SC 29710


JASON FISHER
PROMOW, INC.
1902 NORTH BISHOP
ROLLA, MO 65401


JEFF MILLER
304 WEST RUSKIN PLACE
SANTA ROSA BEACH, FL 32459

JEFF SHUFF
HEN PEN LTD
115 N WASHINGTON STREET
TIFFIN, OH 44883


JERRY BELL
FAMOUS FOODS OF RICHMOND
2819 EAST MAIN STREET
RICHMOND, IN 47374


Jets Associates, Ltd.
c/o John Tegtmeyer
9 Indian Hill Point
Hilton Head Island, SC 29926


JIM & JOHN FISHER
FISHER'S SIZZLING, INC.;  FISHER DEVELOP
1550 MISSOURI BLVD
JEFFERSON CITY, MO 65109


JOE DRYE
JOE DRYE, INC.
236 MEADOW LANE
LEBANON, KY 40033


JOE LANGKABEL
2711 BEL AIRE DRIVE
HIGHLAND, MI 48357


JOHN & SUSIE STILWELL
STILWELL ENTERPRISES, INC.
1260 NORTHEAST 10TH STREET
OCALA, FL 34470


JOHN EARL BUTTOLPH
5020 CAMPUS DRIVE
NEWPORT BEACH, CA 92660

```
JOHN ERDMANN
3099 SOUTH FIRST STREET
MILAN, TN 38358


JOHN F TSERN     DBA
PARK MEADOWS & MERCHANTS LLC
16 MORNING VIEW DR
NEWPORT COAST, CA 92657


JOHN F TSERN  DBA
THE JOHN F TSERN TRUST ACCOUNT
16 MORNING VIEW DR
NEWPORT COAST, CA 92657


John Tsern
16 Morning View Dr.
Newport Coast, CA 92657


JOHN TSERN  DBA
2430 MCALPINE LLC
16 MORNING VIEW DR
NEWPORT COAST, CA 92657


JR GEM INC
16 MORNING VIEW DR
NEWPORT COAST, CA 92657


KAY ROSSER
WING IT, INC.
167 ASHLEY STREET
FLEMINGSBURG, KY 41041


KEN & ANNIE BANKS
TRAMAINE, INC.
8081 WICLIFF COURT
JACKSONVILLE, FL 32223
```

```
KEN COLLINS & BOB HOWER
CHHC, INC.
3223 ANGEL'S WAY
SANDUSKY, OH 44870


KEN DAVID
DOUD INT'L FOODS & RESTAURANTS, LLC
650 LUNKEN PARK DRIVE
CINCINNATI, OH 45226


KEN GRAUL
LEE OF MOUNT STERLING, INC.
117 WELSLEY WAY
MOUNT STERLING, KY 40353


KEN RIDDLE
FAR HILLS DEVELOPMENT, LLC
7800 MILLERTON DRIVE
CENTERVILLE, OH 45459


KEVIN & REBECCA MILLER
KBRL ENTERPRISES, INC.
487 CROOKSVILLE ROAD
RICHMOND, KY 40475


KEVIN MOLL
9999 SANDY HOLLOW DR
ORLANDO, FL 32827


KIMBERLY & LONNIE DENNIS
178 SOUTH DIXIE BLVD
RADCLIFF, KY 40160


Kwong Yuen Seung
6814 Georgia Hwy. 85
Riverdale, GA 30274
```

LAMON HUBBS
MAJOR HOLDINGS, INC.
706 TENNESSEE ROAD
ALBANY, KY 42602


LARRY & MARGARET GADBERRY
GADBERRY, INC.
100 BUTTERCUP LANE
CAMPBELLSVILLE, KY 42718


LARRY ADSIT
112 SHERBOURNE DRIVE
SPARTANBURG, SC 29307


LARRY LAWSON
JL LAWSON, INC.
PO BOX 368
MATTOON, IL 61938


LEE'S ADVERTISING COOPERATIVE
171 BROOKS STREET
SUITE F
FORT WALTON BEACH, FL 32548


LEES HOLDING COMPANY INC
16 MORNING VIEW DR
NEWPORT COAST, CA 92657


LELAND STEWART
STEWART HOLDING, INC.
1737 OLD CROSS ROAD
MIDDLESBORO, KY 40965


LESLIE HIESTAND & KAY ALFIR
FAMOUS RECIPE OF JEFFERSON COUNTY, INC.
2925 BROWNSBORO ROAD
LOUISVILLE, KY 40206

```
LORI SEERING
38 GARDEN BAY CT
DESTIN, FL 32550



MADISON CAPITAL LLC
9D GWYNNS MILL CT
OWINGS MILLS, MD 21117



Main Street Loan, Inc.
c/o Howard Zidell
604 Main street
Vancouver, WA 98660



Mallet, Bobbie D.
7049 Berea Road
Douglasville, GA 30135



MARK SMITH
SMITH FOODS OF NEW ALBANY, INC.
728 ROLLING CREEK DRIVE
NEW ALBANY, IN 47150



Midori LLC
c/o Eunice Tsai
3644 - El Chamblee
Atlanta, GA 30341



MIKE & SUE TELLMAN
LFR OF MADISON COUNTY, INC.
6368 SOUTH 625 WEST
PENDLETON, IN 46064



MIKE FORT
FORT FAMILY FOOD, INC.
341 TROJAN LANE
NEW CASTLE, IN 47362
```

Miller, Mary B.
2078 Kirby Pkwy
Memphis, TN 38119


MIRAMAR PLACE OFFICES INC
205 BROOKS STREET SUITE 201
FT WALTON BCH, FL 32548


MISSION RESTAURANTS INC
LEXINGTON EQUIPMENT
171 BROOKS ST  STE F
FT WALTON BCH, FL 32548


Morris Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Street, NE
Atlanta, GA 30326


Mrs W L.P.
815 West Paces Ferry Road NW
Atlanta, GA 30327


Mrs. W, L.P.
J. Mayes - Sutherland Asbill
999 Peachtree Street NE
Atlanta, GA 30309


MYL Properties
c/o Mark Tzalka
24300 Harland St.
West Hills, CA 91307


NEIL KAUFMAN
GZK, INC.
660 FAME ROAD
DAYTON, OH 45449

```
OHIO BWC
BWC STATE INSURANCE FUND
CORPORATE PROCESSING DEPT
COLUMBUS, OH 43271


OHIO DEPT OF JOB & FAMILY SVCS
PO BOX 182413
COLUMBUS, OH 43218


PEPSI
MARC WOLFSON
704 KENDALL BROOK LANE
ST AUGUSTINE, FL 32095


PHILIP J BRYCE PC
212 SOUTH PETERS RD  STE 101
KNOXVILLE, TN 37923


PITNEY BOWES GLOBAL FINANCIAL
ACCT# 8251614
PO BOX 371887
PITTSBURGH, PA 15250


PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250


Platkiewicz, Mary Louise
641 N. Tower Ave.
Chandler, AZ 85225


PRINCIPAL FINANCIAL GROUP
111 W STATE ST
MASON CITY, IA 50402


Pro Pio Diamond LLC
c/o Emilio Suster
Box 630653
Miami, FL 33163
```

RAY BOYD
BOFAM, INC.
571 EAST CENTER STREET
MARION, OH 43302


RHONDA LANE
CHIC RON, INC.
127 LINCOLN PLAZA
STANFORD, KY 40484


RICH DOTTS & GREG ANDERSON
ANDERSON & DOTTS MGMT, INC.
119 COMMERCIAL AVE SW
NEW PHILADELPHIA, OH 44663


RICHARD H POWELL &
ASSOCIATES PA
PO DRAWER 2167
FT WALTON BCH, FL 32549


RICK & SHERRY PUTHOFF
FAMOUS FOODS OF MUSKEGON, INC.
13 HARTFORD AVE
MUSKEGON, MI 49442


ROB & HOLLIE WESTBROOK
WESTBROOK, INC.
104 NINE IRON COURT
CAMPBELLSVILLE, KY 42718


ROB & JULIE BALDWIN
J&R FOODS, INC.
223 OAKGROVE STREET
PARCHMENT, MI 49004


ROBERT BRASHEAR
BRASHEAR & BRASHEAR, INC.
PO BOX 958
BEREA, KY 40403

ROBERT WORKMAN JR
WORKMAN OIL CO.
PO BOX 566
FOREST, VA 24551-0566


Roman Towers, LLC
c/o Roman Narovilanski
P.O. Box 35-1106
Brooklyn, NY 11235


Rosebriar Partnership
1186 Lenox Cir.
Attn:  Suzanne Pichulik
Atlanta, GA 30306


RTM Operating Company
c/o Laura McCoy
1155 Permimeter Center West
Atlanta, GA 30338


SCOTT GRIFFITH
FRFC SPRINGFIELD, INC.
301 NORTH MAIN STREET PO BOX 383
NEW CARLISLE, OH 45344


SCROGGINS & WILLIAMSON
1500 CHANDLER BUILDING
127 PEACHTREE ST NE
ATLANTA, GA 30303


SHUMRICK INTERNATIONAL
c/o Terry Shumrick
1315 Cryer Avenue
Cincinnati, OH 45208


SOFTLAYER
4849 Alpha Road
Paterson, NJ 07522

Spellings
c/o Mary Miller & Carol Miller
2078 Kirby Pkwy
Memphis, TN 38119


Spirit Master Funding III LLC
14631 N. Scottsdale Rd.
Suite 200
Scottsdale, AZ 85254


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197


Stargazer Properties
c/o Dana and Norma Laine
3440 Santa Clara Cir
Costa Mesa, CA 92626


Steve and Nancy Rush
4499 Glenwood Ave
Decatur, GA 30032


Steve and Nancy Rush
1209 16th Avenue South
Nashville, TN 37212


STEVE CARTER
CARNEY, INC.
PO BOX 88
BEREA, KY 40403


STEVE DIVELEY
DIVELEY DEVELOPMENT CORP
301 WEST MAIN STREET
DANVILLE, IL 61832

SWANTREE LLC
LEES 1 & LEES 2
820 N. HWY 393, SUITE K
SANTA ROSA BEACH, FL 32459


Sysco Food Services
2225 Riverdale Rd
Atlanta, GA 30337


Sysco Food Services
c/o D. Laddin - AGG
171 17th Street NW, Ste 2100
Atlanta, GA 30363


Tenolok Partners, Ltd.
c/o ComRealty
701 N. Post Oak Rd., #515
Houston, TX 77024


The Gary W. Schaffer Revocable
c/o Gary W. Schaffer
313 Hearthstone News
Alexandria, VA 22314


THE I GROUP LLC
29540 SOUTHFIELD RD  STE 200
SOUTHFIELD, MI 48076


THE UPS STORE 4969
174 WATERCOLOR WAY  STE 103
SANTA ROSA BCH, FL 32459


TIM & CAROL HAGAN
TELLMAN ENTERPRISES
921 E DUPONT ROAD PMB #896
FORT WAYNE, IN 46825

```
TIMOTHY HIXEN
DUCOTY, INC.
702 SOUTH POINTE DRIVE
ARLEY, AL 35541


TOM & SHARON FESMIRE
FESMIRE FOODS, INC.
309 CAMELIA TRACE DRIVE
MARYVILLE, TN 37801


TOM BROZICH
7457 STONE RIDGE DRIVE
SPRINGBORO, OH 45066


TOM CUMMINS
FAMOUS RECIPE F CINCINNATI; FAMOUS RECIP
3638 ROUND BOTTOM ROAD
CINCINNATI, OH 45244


TRANZON ASSET ADVISORS
1108-A North Dixie Ave.
Elizabethtown, KY 42701


UNITEDHEALTHCARE INSURANCE CO
DEPT CH 10151
PALATINE, IL 60055


UPS INC
PO BOX 7247-0244
PHILADELPHIA, PA 19170


VAUGHAN & MURPHY
260 PEACHTREE ST  NW
STE 1600
ATLANTA, GA 30303
```

```
VICTOR RAY
FAMOUS FOODS, INC.
902 SOUTH SHERIDAN ROAD
TULSA, OK 74112


Volunteer South, Inc.
Attn: George Gebhardt
P.O. Box 49
Gordonsville, TN 38563


WELLS FARGO FINANCIAL LEASING
ACCOUNT # 006-6012612-005
PO BOX 6434
CAROL STREAM, IL 60197


WILLIS INS SVCS OF GA INC  DBA
WILLIS INS SERV OF ATLANTA INC
ONE GLENLAKE PKWY  11TH FL
ATLANTA, GA 30328


WISC DEPT OF FIN INSTITUTIONS
FOREIGN CORP ANNUAL REPORT
DRAWER 978
MILWAUKEE, WI 53293


WW Tsang LLC
c/o Warren Tsang
250 Morning Glen Dr.
Suwanee, GA 30024
```