UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| LEE'S FAMOUS RECIPES, INC., | ) | CASE NO. 11-68463 - MHM |
| | ) | |
| Debtor. | ) | |

### ORDER TRANSFERRING CASE

The "first day" motions in this case were heard by the Honorable Robert E. Brizendine, a judge of this court. After conferring with Judge Brizendine, he has agreed to accept reassignment of the above-styled case; accordingly, it is hereby

**ORDERED** that the Clerk, U.S. Bankruptcy Court, is *directed to transfer* this case to Judge Brizendine; and to reconfigure the case number to be 11-68463-REB.

The Clerk, U. S. Bankruptcy Court is further *directed to serve* a copy of this order upon Debtor, Debtor's attorney, the U.S. Trustee, and all creditors and parties in interest.

IT IS SO ORDERED, this the 13th day of July, 2011.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE