UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-68463-reb |
| | : | |
| LEE'S FAMOUS RECIPES, INC., | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

DONALD F. WALTON
UNITED STATES TRUSTEE

  /s/ *James H. Morawetz*
JAMES H. MORAWETZ
Trial Attorney
Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA  30303
Tel: (404) 331-4437
Fax: (404) 331-4464
Email: jim.h.morawetz@usdoj.gov

**EXHIBIT "A"**

2J Investment Group, LLC
ATTN: Barry Raskin, Manager
763 2nd Street, Suite 100
Encinitas, CA 92024
Tel: 760-635-1284
Fax: 760-452-2233
Email: barry@2jinvestors.com

Allison Agency
ATTN: Chris Allison, Marketing Consultant
1800 N. Spruce
Little Rock, AR 72207
Tel: 501-831-0431
Fax: 501-375-8314
Email: callison@allisonagency.com

Decatur Diamond LLC
ATTN: Emilio Suster
P.O. Box 630653
Tel: 305-588-6438
Fax: 305-538-5518
Miami, FL 33163-0653
Email: esuster@bellsouth.net

J&J Properties
ATTN: Bart Johnston, Partner
4424 Forsythe Place
Nashville, TN 37205
Tel: 615-491-3573
Email: bart@thestengelgroup.com

Midori, LLC
ATTN: Eunice Tsai
3644 - E1 Chamblee Tucker Rd.
Atlanta, GA 30341
Tel: 770-939-3388
Email: gaipp2@yahoo.com

Steve and Nancy Rush
1209 16th Avenue South
Nashville, TN 37212
Tel: 615-327-7381
Fax: 615-327-0811
srush@rushlawgroup.com

The Hart Trust
ATTN: Mary Louise Piatkiewicz, Trustee
P.O. Box 845
Mount Lemmon, AZ 85619-0845
Tel: 520-576-9650
Email: mlp@mesaworldwide.com

## CERTIFICATE OF SERVICE

      I certify that I am over the age of 18 and that on this date I caused true and correct copies of the foregoing **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims** to be deposited in the U.S. Mail with correct first class postage affixed, addressed to the members of the Committee as listed on the attached Exhibit "A".

      I further certify that on this date I electronically filed the foregoing **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims** with the Clerk of Court using the CM/ECF system, which will cause electronic notification of such filing to be sent to the following:

Ashley Reynolds Ray, Esq.
Email: aray@swlawfirm.com
J. Robert Williamson, Esq.
Email: rwilliamson@swlawfirm.com
Scroggins and Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

      Done this the  14th  day of July, 2011.

                                           /s/ *James H. Morawetz*
                                           JAMES H. MORAWETZ
                                           Trial Attorney
                                           Georgia Bar No. 521900

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA  30303
(404) 331-4437
E-mail: jim.h.morawetz@usdoj.gov