UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>LEE'S FAMOUS RECIPES, INC.,<br><br>    Debtor. | CHAPTER 11<br><br>Case No. 11-68463-REB |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned proposed counsel for the Official Committee of Unsecured Creditors for Lee's Famous Recipes, Inc. (the "Committee"), a party in interest in the above-styled Chapter 11 case of Lee's Famous Recipes, Inc. (the "Debtor"), hereby appears as proposed counsel and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

> Henry F. Sewell, Jr., Esq.
> Alison M. Elko, Esq.
> McKenna Long & Aldridge LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, Georgia  30308
> Telephone: (404) 527-4000
> Facsimile:  (404) 527-4198
> Email:       hsewell@mckennalong.com
>                    aelko@mckennalong.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers, but also includes, without limitation, any order, notice, application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including, inter alia, the following:  (a) the Debtor; or (b) property of the Debtor, or proceeds thereof, in which the Debtor

may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use or claim; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the Debtor.

PLEASE TAKE FURTHER NOTICE that the Committee intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Respectfully submitted, this 25th day of July, 2011.

McKENNA LONG & ALDRIDGE LLP

/s/ Alison M. Elko
Alison M. Elko
Georgia Bar No. 243353

303 Peachtree Street, Suite 5300
Atlanta, GA  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Email:     aelko@mckennalong.com
Proposed Attorneys for the Official
   Committee of Unsecured Creditors

2

## CERTIFICATE OF SERVICE

I certify that I have this day served a true and correct copy of the within and foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES upon counsel of record in the above-styled action by depositing a copy of same in the United States mail with adequate postage affixed thereto addressed as follows:

| | |
|---|---|
| J. Robert Williamson, Esq.<br>J. Hayden Kepner, Esq.<br>Ashley Reynolds Ray, Esq.<br>Scroggins & Williamson<br>1500 Candler Building<br>127 Peachtree Street, NE<br>Atlanta, GA  30303 | James H. Morawetz, Esq.<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Spring Street, SW<br>Atlanta, GA  30303 |

This 25th day of July, 2011.

McKENNA LONG & ALDRIDGE LLP

/s/ Alison M. Elko
Alison M. Elko
Georgia Bar No. 243353

303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
Telephone: (404) 527-4000
Facsimile:  (404) 527-4198
Email:      aelko@mckennalong.com