UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>LEE'S FAMOUS RECIPES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-68463-REB |

APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LEE'S FAMOUS RECIPES, INC. FOR ORDER AUTHORIZING RETENTION
AND EMPLOYMENT OF McKENNA LONG & ALDRIDGE LLP
AS COUNSEL, *NUNC PRO TUNC* TO JULY 22, 2011

COMES NOW, the duly appointed Official Committee of Unsecured Creditors for Lee's Famous Recipes, Inc. (the "Committee") and, hereby files this application (the "Application") seeking entry of an order authorizing the Committee to retain and employ the law firm of McKenna Long & Aldridge, LLP ("MLA" or the "Firm"), *nunc pro tunc* to July 22, 2011, as counsel to the Committee in the above-captioned case, pursuant to Sections 105, 328(a) and 1103(a) of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of this Application, the Committee respectfully represents as follows:

## BACKGROUND

1. On June 24, 2011 (the "Petition Date"), Lee's Famous Recipes, Inc. (the "Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is authorized to operate its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. Information about Debtor's business and the events leading up to the Petition Date can be found in the Declaration of Charles L. Cooper, Jr. in Support of First Day Motions (the "Cooper Declaration") [Doc. No. 7], which is incorporated herein by reference.

4.  On July 14, 2011, the United States Trustee filed the Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims [Doc. No. 38], and thereby appointed the Committee consisting of: (i) The 2J Investment Group, LLC; (ii) Midori, LLC; (iii) Allison Agency; (iv) Steve and Nancy Rush; (v) Decatur Diamond LLC; (vi) The Hart Trust; and (vii) J&J Properties.

5.  On July 22, 2011, at a telephonic meeting in which a quorum of the members of the Committee, or their duly designated alternates, were present, the Committee voted to retain MLA as its legal counsel.

6.  No other official committees have been appointed or designated in this Chapter 11 case.

## JURISDICTION

7.  This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for relief sought herein are Sections 105, 328(a), and 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 5002. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

8.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

9.  Pursuant to Sections 105, 328(a) and 1103(a) of the Bankruptcy Code, the Committee seeks to employ and retain MLA as its counsel in connection with this Chapter 11 case, effective as of July 22, 2011, as this is the date the Committee retained MLA and that MLA commenced providing services on behalf of the Committee.

10. By this Application, the Committee respectfully requests that the Court enter an order authorizing the Committee to retain and employ MLA as its counsel, *nunc pro tunc* to July 22, 2011, to represent the Committee in all phases of this Chapter 11 case.

## BASIS FOR RELIEF

11. Pursuant to Sections 328(a) and 1103 of the Bankruptcy Code, a committee appointed under Section 1102 may employ one or more attorneys to represent it in carrying out its duties under the Bankruptcy Code, provided that such attorneys are disinterested persons and do not hold or represent an interest adverse to the estate. 11 U.S.C. §§ 328(a), 1103. The Committee requests that the Court approve its retention of MLA as its attorneys to perform certain legal services that will be necessary during this Chapter 11 case in accordance with MLA's standard hourly rates and disbursement policies.

12. The Committee selected MLA because MLA has considerable experience in matters of this nature and knowledge in the fields of, *inter alia*, debtors' and creditors' rights, business reorganizations under Chapter 11 of the Bankruptcy Code, and general corporate law, and because of its expertise, experience and knowledge in practicing before this Court. The attorneys at MLA who will be employed in this Chapter 11 case are members in good standing in the courts in which they are admitted to practice. Accordingly he Committee seeks to retain MLA because the Firm is well qualified to represent and assist the Committee in performing its duties in this Chapter 11 case.

## SERVICES TO BE PROVIDED BY MLA

13. The Committee respectfully submits that it is necessary and appropriate to employ and retain MLA as counsel to represent the Committee in this Chapter 11 case and render various professional services to enable the Committee to execute faithfully its duties, including, but not limited to:

    a.    serving as bankruptcy counsel to the Committee;

3

  b. providing the Committee with legal advice with respect to its powers, rights, duties, and obligations in this Chapter 11 case;

  c. assisting and advising the Committee in its consultations with the Debtor regarding the administration of this Chapter 11 case;

  d. taking all necessary actions to protect and preserve the estate of the Debtor for the benefit of creditors, including involvement in the Committee's investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtor, the prior operation of the Debtor's business, investigation and prosecution of estate claims and causes of action and any other matters relevant to this Chapter 11 case;

  e. assisting in preparing on behalf of the Committee all necessary motions, applications, answers, orders, reports, papers and other pleadings and filings in connection with the Committee's duties in this Chapter 11 case;

  f. advising the Committee on the corporate aspects of the Debtor's reorganization or liquidation and the plan(s) or other means to effect reorganization or liquidation as may be proposed in connection therewith, and participation in the formulation of any such plan(s) or means of implementing reorganization or liquidation, as necessary; and

  g. advising and representing the Committee in hearings and other judicial proceedings in connection with all applications, motions, or complaints and other similar matters, performing all other necessary legal services in connection with the post-petition representation of the Committee.

14. The Committee respectfully represents it is necessary for the Committee to retain counsel to perform the above-referenced services and to otherwise assist the Committee in

fulfilling its statutory duties under the Bankruptcy Code. MLA began its representation of the Committee immediately following the date of MLA's election as Committee counsel, subject to the Court's approval of its retention.

## DISINTERESTEDNESS OF MLA

15. To the best of the Committee's knowledge, information and belief, and as evidenced by the affidavit of Henry F. Sewell, Jr., in support of the application to employ MLA as counsel to the Committee (the "Sewell Affidavit"), attached hereto as Exhibit "A", MLA does not currently hold or represent an interest adverse to the interest of the estate with respect to the matters in which MLA is to be employed, except as set forth therein, and MLA is "disinterested" under section 101(14) of the Bankruptcy Code.

16. MLA does not, and has not, represented any entities, other than the Committee, in matters related to this Chapter 11 case. MLA may represent or may have represented certain parties with interests in the Chapter 11 case on matters unrelated to the Chapter 11 case. As set forth in the Sewell Affidavit, MLA has conducted, and continues to conduct, research into its relations with the Debtor, the Debtor's substantial creditors and other parties interested in this Chapter 11 case.

17. The Debtor has many creditors and/or investors. A firm the size of MLA necessarily may have contacts and relationships with such parties and entities and/or professionals retained by them which may include present representations of or against certain creditors of the Debtor in matters unrelated to the Debtor and its bankruptcy case, as well as minor equity holdings in such parties and entities by partners in the Firm. The Firm may supplement this affidavit from time to time to disclose any such additional material contacts or relationships with significant parties as and if they become known.

## **COMPENSATION OF MLA**

18.     The terms of the employment of MLA provide generally that certain attorneys and other personnel within the firm will undertake this representation at their standard hourly rates, and that MLA will be reimbursed for reasonable and necessary expenses, subject to the approval of the Court in accordance with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the orders of this Court.

19.     The present hourly rates for attorneys and paralegals of the firm are set forth in the Sewell Affidavit attached hereto.  The hourly rates of the attorneys and paralegals of MLA are subject to periodic adjustments to reflect economic and other conditions and to reflect their increased expertise and experience in their area of law.  The hourly rates for the attorneys who will primarily be performing services for the Committee will be Henry F. Sewell, Jr., $495.00, and Alison M. Elko, $375.00.

20.     MLA will also seek reimbursement for necessary expenses incurred, which shall include travel, photocopying, delivery service, postage, vendor charges and other out-of-pocket expenses incurred in providing professional services.

21.     MLA will file fee applications with the Court in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and orders of this Court, and be paid pursuant to said Code, Rules and Orders.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

WHEREFORE, the Committee respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit "B", approving the Committee's employment of MLA as legal counsel, under Chapter 11 of the Bankruptcy Code, *nunc pro tunc* to July 22, 2011, and that it have such other and further relief as is just and proper.

This 2nd day of August, 2011.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF LEE'S FAMOUS RECIPES, INC.

BY: _____
Steve Rush, Chair
Official Committee of Unsecured
Creditors of Lee's Famous Recipes, Inc.

## CERTIFICATE OF SERVICE

I certify that on this day I caused to be served a copy of the foregoing Application of Official Committee of Unsecured Creditors of Lee's Famous Recipes, Inc. for Order Authorizing the Retention and Employment of McKenna Long & Aldridge LLP as Counsel, *Nunc Pro Tunc* to July 22, 2011 by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate first class postage thereon to the parties listed on the Master Service List attached hereto.

This 2nd day of August, 2011.

*/s/ Alison M. Elko*
Alison M. Elko, Esq.
Georgia Bar No. 243353
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA  30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
Email:      aelko@mckennalong.com

## Master Service List

James A. Morawetz, Esq.
Office of the United States Trustee
75 Spring Street, SW
362 Richard Russell Building
Atlanta, .GA  30303

Lee's Famous Recipes, Inc.
171 Brooks Street, SE, Suite F
Fort Walton Beach, FL  32548

J. Robert Williamson, Esq.
Ashley R. Ray, Esq.
J. Hayden Kepner, Esq.
Scroggins & Williamson, P.C.
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA  30303

Internal Revenue Service
Centralized Insolvency
P.O. Box 21126
Philadelphia, PA  19114

Ga. Dept. of Revenue
Taxpayers Service Div.
P.O. Box 105665
Atlanta, GA  30348-5665

2J Investment Group
c/o Barry Raskin
763 2nd Street
Encinitas, CA  92024

Allison Agency
c/o Chris Allison
500 President Clinton Avenue
Suite 311
Little Rock, AR  72201

Avatar Real Estate LLC
c/o Anil Vaswani
Box 13585
Atlanta, GA  30324

Bailey-Johnson Heights Inc.
c/o Neal Quirk
Quirk & Quirk
325 Century Springs W
6000 Lake Forest Drive
Atlanta, GA  30328

Decatur Diamond LLC
c/o Emilio Suster
Box 630653
Miami, FL  33163

En Gedi Investments LLC
c/o Albert Kuo
1699 Hood Court
Santa Clara, CA  95051

Finegood Family Trust
c/o Ken Epstein
5000 N. Parkway, Suite 101
Calabasas, CA  91302

GE Captial Franchise Finance
Kinsey Moreland
P.O. Box 1711
Orlando, FL  32802

Irving Sherman Trust
c/o John Hamburger
2808 Anthony Lane South
Minneapolis, MN  55418

J&J Properties
c/o Bart Johnston
4424 Forsythe Place
Nashville, TN  37205

Midori LLC
c/o Eunice Tsai
3644 - EI Chamblee
Atlanta, GA  30341

2

Morris Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Street, NE
Atlanta, GA  30326

Mrs. Winners, L.P.
c/o J. Mayes
Sutherland Asbill & Brennan
999 Peachtree Street, NE
Atlanta, GA  30309

Pro Pio Diamond LLC
c/o Emilio Suster
Box 630653
Miami, FL  33163

RTM Operating Company
c/o Laura McCoy
1155 Perimeter Center West
Atlanta, GA  30338

Spellings
c/o Mary Miller & Carol Miller
2078 Kirby Pkwy
Memphis, TN  38119

Spirit Master Funding III LLC
c/o Lewis & Roca
40 N. Central Avenue
Phoenix, AZ 85004

Stargazer Properties
c/o Dana and Norma Laine
3440 Santa Clara Circle
Costa Mesa, CA  92626

Steve and Nancy Rush
4499 Glenwood Avenue
Decatur, GA  30032

WW Tsang LLC
c/o Warren Tsang
250 Morning Glen Drive
Suwanee, GA  30024

Customized Distribution LLC
5545 Shawland Road
Jacksonville, FL  32254

Sysco Atlanta, LLC
2225 Riverdale Road
Atlanta, GA  30337

Sysco Atlanta, LLC
c/o Darryl S. Laddin, Esq.
Arnall Golden Gregory
171 17th Street, NW, Suite 2100
Atlanta, GA  30363

Brauvin Net Capital LLC
c/o John Siragusa
205 N. Michigan Avenue, S
#1900
Chicago, IL 60601

John Tsern
16 Morning View Drive
Newport Coast, CA  92657

Coastal Bank
c/o W. Christopher Hart
Clark Partington Hart, et al.
34990 Emerald Coast Parkway, #301
Destin, FL  32541

Coastal Bank
c/o David Wender
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

Coastal Bank & Trust
71 NE Beal Pkwy
Fort Walton Beach, FL  32548

2

The Hart Trust
c/o James R. Schulz
Merritt Watson, LLP
200 Galleria Parkway, SE, Suite 500
Atlanta, GA 30339-3183

Gregory R. Crochet
Kutak Rock LLP
225 Peachtree Street, NE, Suite 2100
Atlanta, GA 30303-1768

Bailey-Johnson Heights, Inc.
Habersham Properties, Inc.
c/o Lawrence R. Landry
Quirk & Quirk, LLC
6000 Lake Forest Drive, Suite 300
Atlanta, GA 30328

Spirit Master Funding III, LLC
c/o Scott Brown, Esq.
Marvin Ruth, Esq.
Lewis and Roca LLP
40 North Central Ave., Ste 1900
Phoenix, AZ 85004-4429

John A. Christy, Esq.
Schreeder Wheeler & Flint
1100 Peachtree Street, NE, Suite 800
Atlanta, GA 30309

Henry Sewell, Esq.
McKenna Long & Aldridge, LLP
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308

Bottling Group, LLC
c/o Joseph D. Frank, Esq.
Jeremy C. Kleinman, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

3