UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

LEE'S FAMOUS RECIPES, INC,           )      CASE NO. 11-68463-MHM
                                      )
                    Debtor.           )      CHAPTER 11

OBJECTION OF CUSTOMIZED DISTRIBUTION, LLC TO DEBTOR'S
MOTION TO ESTABLISH PROCEDURE TO SELL REAL PROPERTY FREE AND
CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO
11 U.S.C. § 105(a) AND 363(b), (f) AND (m)


COMES NOW CUSTOMIZED DISTRIBUTION, LLC ("CDI") and objects to the

Debtor's Motion to Sell  Real Property Free and Clear of Liens, Claims and

Encumbrances Pursuant to 11 U.S.C. § 105(a) and 363(b), (f) and (m) ("Sale

Motion")[Doc. No. 45]..  In support of this objection, CDI shows the Court as follows:

1.

Debtor filed this voluntary Chapter 11 case on June 24, 2011.

2.

CDI is a secured creditor of the Debtor holding a second in priority security deed

on seven (7) former fast food locations (the "Properties").  Coastal Bank holds the first in

priority security interest on these properties.

3.

On July 22, 2011, the Debtor filed  the Sale Motion to sell the Properties through

an absolute auction.

4.

As an initial matter, the Sale Motion is premature as this case was pending barely a month when it was filed.  The notion of authorizing an absolute auction of the Debtor's property so early calls into question why this case was commenced as a Chapter 11 in the first and should not be authorized unless the Debtor can adequately explain what efforts its has made to market the properties and solicit non distressed offers.

5.

CDI  objects to the Sale Motion to the extent that it provides for an absolute auction of the Properties.  Auctions do not tend to bring the highest price for real estate and attract distress purchasers, especially when there is no reserve. Therefore, the proposed absolute auction is not the best manner in which to achieve the highest and best price for the Properties.

6.

Moreover, CDI objects to the sale process on the grounds that the Debtor has not, *inter alia*,  described any prior efforts made to market the Properties, has not disclosed the existence of any prior offers to purchase the Properties which would indicate the value of the Properties, has not set a reserve for the auction, has not accurately and fully disclosed to creditors the fact that part of the claim of Coastal Bank may be subject to avoidance and has failed to disclose how insiders will benefit from a quick sale process.

7.

In addition, when the Sale Motion speaks to liens attaching to the sale proceeds in their order of priority, it does not adequately account for marshalling with respect to the

claim of Coastal Bank and does not disclose the existence of other collateral of Coastal

Bank has and from which its claim can be paid.

8.

CDI has no objection to the Debtor retaining a broker to properly market and sell

the Properties, but does objection to any absolute auction of the Properties.

WHEREFORE,   Customized Distribution, LLC request this Court to deny the

Debtor's Motion to Sell   Real Property Free and Clear of Liens, Claims and

Encumbrances Pursuant to 11 U.S.C. § 105(a) and 363(b), (f) and (m).

This the 8th day of August, 2011.


/s/  John A. Christy
John A. Christy
Georgia Bar No. 125518
Attorney for Customized Distribution, LLC

SCHREEDER, WHEELER & FLINT
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
(404) 681-3450

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Objection of Customized

Distribution, LLC to Debtor's motion to establish procedure to sell real property free and

clear of liens, claims and encumbrances pursuant to 11 U.S.C. § 105(a) and 363(b), (f)

and (m) was served via the ECF system and by first class United States mail in properly

addressed envelopes with sufficient postage affixed thereon to insure delivery upon the

following:

J. Robert Williamson, Esq.
Scroggins & Williamson, P.C.
1500 Candler building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

James Morawetz, Esq.
Office of the United States Trustee
75 Spring Street, S.W.
362 Richard Russell Federal Building
Atlanta, Georgia 30303

Coastal Bank & Trust
71 NE Beal Parkway
Fort Walton Beach, Florida 32548

David Wender, Esq.
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Henry Sewell, Esq.
McKenna Long & Aldridge
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia 30308

This 8th day of August, 2011.

      \s\ John A. Christy

      John A. Christy
      Attorney for Customized Distribution, LLC

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone: (404) 681-3450
Facsimile:  (404) 681-1046

K:\8262\Pleadings\Objection II.docx