

**IT IS ORDERED as set forth below:**

**Date: November 6, 2018**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| LEE'S FAMOUS RECIPES, INC., | ) |
| | ) CASE NO. 11-68463-BEM |
| Debtor. | ) |

## FINAL DECREE

This matter came before the Court on October 9, 2018, on the *Report of Substantial Consummation and Request for Final Decree* (the "**Motion**") [Docket No. 464] filed by S. Gregory Hays, as Trustee of the LFR Liquidating Trust, (the "**Liquidating Trustee**") in the above-styled case. The Liquidating Trustee has reported to this Court that: 1) the Second Amended Joint Plan of Reorganization Proposed by Debtor and Official Committee of Unsecured Creditors (the "Plan") [Docket No. 336] (the "**Plan**"), which was confirmed by the Order Confirming Second Amended Joint Plan of Reorganization Proposed by Debtor and Official Committee of Unsecured Creditors (the "Confirmation Order") [Docket No. 398] entered by this Court on April 5, 2013, has been substantially consummated; and 2) the

Liquidating Trustee has completed all distributions in the case and distributed all funds in accordance with the Plan and Confirmation Order. Having reviewed and considered the Motion, arguments of counsel, and the record in this case and finding that: 1) the Plan has been substantially consummated; 2) the estate of the above-styled debtor has been fully administered; 3) the relief sought in the Motion is in the best interests of the bankruptcy estate and creditors thereof; and 5) Federal Rule of Bankruptcy Procedure 3022 and 11 U.S.C. § 350 provide for the entry of a final decree, for good and sufficient cause shown and no further notice or opportunity for a hearing being required, it is hereby:

ORDERED that the report of the Liquidating Trustee as set forth in the Motion is approved and the Motion for a final decree is hereby granted subject only to any remaining or outstanding claims of the United States Trustee for the payment of any fees due and payable to the United States Trustee; and it is further

ORDERED that the above-styled chapter 11 bankruptcy case is closed; and it is further

ORDERED that the Liquidating Trustee and its agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree;

– END OF DOCUMENT –

Prepared and Presented by:

LAW OFFICES OF HENRY F. SEWELL JR., LLC

*/s/ Henry F. Sewell, Jr.*
Henry F. Sewell, Jr.
Georgia Bar No. 636265
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305
(404) 926-0053
hsewell@sewellfirm.com

COUNSEL FOR THE LIQUIDATING TRUSTEE

DISTRIBUTION LIST

Henry F. Sewell, Jr., Esq.
Buckhead Centre
2964 Peachtree Road NW, Suite 555
Atlanta, GA 30305

David Weidenbaum, Esq.
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303